

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ray Louis Johnson, Jr., Appellant

No. 06-14-00135-CR     v.

The State of Texas, Appellee

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. 0317178). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

     As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

     We note that the appellant, Ray Louis Johnson, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 16, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk